458 A.2d 1356

**COMMONWEALTH of Pennsylvania**

v.

**Robert O. BURGESS, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued April 29, 1983.

Decided May 10, 1983.

William E. Averona, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Carolyn Alden, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

Judgments of sentence affirmed.